UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**CARMEN MILAGROS ORTIZ QUILES**,
Plaintiff                                                                    **Civil No. 03-1761(DRD)**

v.

**PUERTO RICO ELECTRIC POWER AUTHORITY,
AND JOSE JIMENEZ MONROIG**
Defendants

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/07/05<br>[X] **Plff**        [X] **Deft**<br>[ ] **Other**<br><br>**Title:** STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br>(Docket No. 61) | **GRANTED.** Plaintiffs and co-defendants filed a notice of voluntary dismissal with prejudice pursuant to the *Confidential Settlement Agreement and General Release* agreed upon by the aforementioned parties. The Court hereby **GRANTS** their request as stipulated, pursuant to Fed.R.Civ.P. 41(a)(2)(ii).<br><br>Judgment shall be entered accordingly. |

**IT IS SO ORDERED.**

**Date**: November 15, 2005

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. District Judge**